

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00199-CV

### IN THE INTEREST OF N.C.F., ET AL., CHILDREN

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-11406
Honorable Richard E. Price, Judge Presiding

PER CURIAM

Sitting:  Sandee Bryan Marion, Chief Justice
     Karen Angelini, Justice
     Irene Rios, Justice

Delivered and Filed:  October 3, 2018

DISMISSED FOR WANT OF PROSECUTION

An appellate court is authorized to dismiss an appeal for want of prosecution when the appellant fails to file his brief by the deadline and gives no reasonable explanation for such failure. TEX. R. APP. P. 38(a)(1).  On August 31, 2018, this court ordered appellant to file, on or before September 21, 2018, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief.  Appellant has failed to comply with or respond to this order.  Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38(a)(1); 42.3(c).

PER CURIAM